NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000438
13-JUN-2012
01:32 PM

NO. CAAP-12-0000438

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WENDALL E.K. KEKUMU, Plaintiff-Appellant, v.
LINDA MAY KEKUMU nka LINDA MAY NEWMAN, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 07-1-0132)

ORDER GRANTING PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion to Dismiss Appeal filed by Plaintiff-Appellant Wendall E. K. Kekumu (Appellant), the papers in support, and the records and files herein, it appears Appellant no longer wishes to pursue his appeal.

Therefore, IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate attorneys' fees and costs.

DATED: Honolulu, Hawai'i, June 13, 2012.

Presiding Judge

Associate Judge

Associate Judge